Magistrate Judge Michelle L. Peterson

FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 27 2024

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DAVID PADILLA,<br><br>Defendant. | NO. CR24-079 KKE<br><br>MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. 3142(e) and (f)

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves (check all that apply):

    ☐ Crime of violence (18 U.S.C. 3156).

    ☐ Crime of Terrorism (18 U.S.C. 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

    ☐ Crime with a maximum sentence of life imprisonment or death.

    ☒ Drug offense with a maximum sentence of ten years or more.

MOTION FOR DETENTION - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  ☐ Felony offense and defendant has two prior convictions in the four
2  categories above, or two State convictions that would otherwise fall within these four
3  categories if federal jurisdiction had existed.
4  ☐ Felony offense involving a minor victim other than a crime of violence.
5  ☐ Felony offense, other than a crime of violence, involving possession or use
6  of a firearm, destructive device (as those terms are defined in 18 U.S.C. 921), or any
7  other dangerous weapon.
8  ☐ Felony offense other than a crime of violence that involves a failure to
9  register as a Sex Offender (18 U.S.C. 2250).
10 ☒ Serious risk the defendant will flee.
11 ☐ Serious risk of obstruction of justice, including intimidation of a
12 prospective witness or juror.
13     2. **Reason for Detention.** The Court should detain defendant because there
14 are no conditions of release which will reasonably assure (check one or both):
15 ☒ Defendant's appearance as required.
16 ☒ Safety of any other person and the community.
17     3. **Rebuttable Presumption.** The United States will invoke the rebuttable
18 presumption against defendant under 3142(e). The presumption applies because:
19 ☐ Probable cause to believe defendant committed offense within five years of
20 release following conviction for a qualifying offense committed while on pretrial release.
21 ☒ Probable cause to believe defendant committed drug offense with a
22 maximum sentence of ten years or more.
23 ☐ Probable cause to believe defendant committed a violation of one of the
24 following offenses: 18 U.S.C. 924(c), 956 (conspiracy to murder or kidnap), 2332b (act
25 of terrorism), 2332b(g)(5)(B) (crime of terrorism).
26
27

☐   Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing:

☐   At the initial appearance

☒   After a continuance of 3 days (not more than 3)

DATED this 27th Day of June, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*/s/ Carolyn Forkum for Casey Conzatti*

CASEY S. CONZATTI
ELYNE M. VAUGHT
Assistant United States Attorneys

MOTION FOR DETENTION - 3